## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KENYOTTA L., | : | Case No. 3:21-cv-00145 |
| | : | |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand. (Doc. No. 13). The parties agree that this matter shall be remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner will instruct the Administrative Law Judge to offer the claimant a new hearing; re-evaluate the opinion evidence, including evidence from the state agency consultants; re-assess the claimant's residual functional capacity pursuant to 20 C.F.R. § 416.945 and Social Security Ruling 96-8p; if warranted, obtain supplemental vocational evidence; and issue a new decision.

### IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion to Remand (Doc. No. 13) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3.      This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Motion; and

4.      The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

March 1, 2022                                  *s/Caroline H. Gentry*
                                                 Caroline H. Gentry
                                                 United States Magistrate Judge